ACCEPTED
15-24-00100-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:26 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00100-CV

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:26:29 PM
CHRISTOPHER A. PRINE
Clerk

In re IDEA Public Schools

Petition for Writ of Mandamus from the 201st District Court
of Travis County, Texas, Cause No. D-1-GN-24-005018

**School Districts' Notice of Change of Lead Counsel, Appearance, and Withdrawal**

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, the school districts who are Real Parties in Interest ("School Districts") file this Notice of Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his appearance as lead counsel for School Districts. Mr. O'Hanlon is replacing Mr. David Campbell as lead counsel.

David Campbell is withdrawing as counsel and consents to be replaced by Kevin O'Hanlon, of the same firm, for School Districts in this cause.

Respectfully submitted,

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon
State Bar No. 15235500

*kohanlon@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*/s/ David Campbell*
David Campbell
Texas Bar No. 24057033
*dcampbell@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Real Parties in Interest*

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96578639
Filing Code Description: Other Document
Filing Description: RPI School Districts' Notice of Lead Counsel
Status as of 1/24/2025 2:34 PM CST

Associated Case Party: IDEA Public Schools

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph E.Hoffer | | jhoffer@slh-law.com | 1/24/2025 2:26:29 PM | SENT |
| Linda Studer | | lstuder@slh-law.com | 1/24/2025 2:26:29 PM | SENT |
| Elizabeth Angelone | | eangelone@slh-law.com | 1/24/2025 2:26:29 PM | SENT |
| Phylicia McClain | | pmcclain@slh-law.com | 1/24/2025 2:26:29 PM | SENT |
| Justin Wood | | jwood@slh-law.com | 1/24/2025 2:26:29 PM | SENT |
| Nanette Gardipee | | ngardipee@slh-law.com | 1/24/2025 2:26:29 PM | SENT |

Associated Case Party: Pecos-Barstow-Toyah Independent School District, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin OHanlon | | kohanlon@808west.com | 1/24/2025 2:26:29 PM | SENT |
| David Campbell | | dcampbell@808west.com | 1/24/2025 2:26:29 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 1/24/2025 2:26:29 PM | SENT |
| Benjamin Castillo | | bcastillo@808west.com | 1/24/2025 2:26:29 PM | SENT |
| Kathryn French | | kfrench@808west.com | 1/24/2025 2:26:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Brewer | 2967035 | wab@brewerattorneys.com | 1/24/2025 2:26:29 PM | SENT |
| David Campbell | | dcampbell@808west.com | 1/24/2025 2:26:29 PM | SENT |
| Kevin O'Hanlon | | kohanlon@808west.com | 1/24/2025 2:26:29 PM | SENT |
| Benjamin Castillo | | bcastillo@808west.com | 1/24/2025 2:26:29 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96578639
Filing Code Description: Other Document
Filing Description: RPI School Districts' Notice of Lead Counsel
Status as of 1/24/2025 2:34 PM CST

Case Contacts

| Benjamin Castillo | | bcastillo@808west.com | 1/24/2025 2:26:29 PM | SENT |
|---|---|---|---|---|
| Kelsey Warren | | Kelsey.warren@oag.texas.gov | 1/24/2025 2:26:29 PM | SENT |
| Marlanya Ellis | | Marlayna.ellis@oag.texas.gov | 1/24/2025 2:26:29 PM | SENT |
| Joseph Baker | | Joe.baker@solidcounsel.com | 1/24/2025 2:26:29 PM | SENT |
| Dana Orsini | | dana.orsini@solidcounsel.com | 1/24/2025 2:26:29 PM | SENT |
| Joshua H.Harris | | jharris@brewerattorneys.com | 1/24/2025 2:26:29 PM | SENT |